In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00015-CV
_____


IN RE C.B.


Original Proceeding
418th District Court of Montgomery County, Texas
Trial Cause No. 17-10-11902-CV


**MEMORANDUM OPINION**

In this mandamus proceeding, Relator, C.B., seeks to compel the trial court to vacate a temporary order that appoints the Texas Department of Family and Protective Services as the temporary sole managing conservator of Relator's child and order the return of the child to Relator. In a mandamus petition supported by reporter's records of the adversary hearing, Relator argues the Department produced no evidence from which the trial court could find that a person of ordinary prudence and caution could be satisfied: (1) that there is a continuing danger to the physical health or safety of the child caused by an act or failure to act of the person entitled

1

to possession of the child and continuation of the child in the home would be contrary to the child's welfare; and (2) that reasonable efforts, consistent with the circumstances and providing for the safety of the child, were made to prevent or eliminate the need for the removal of the child. *See generally* Tex. Fam. Code Ann. § 262.201(j) (West Supp. 2017). Based on the record before us, we conclude that Relator has not shown that she is entitled to the relief requested. *See Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, the petition for a writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

PETITION DENIED.

PER CURIAM

Submitted on January 10, 2018
Opinion Delivered January 11, 2018

Before McKeithen, C.J., Kreger and Johnson, JJ.

2